PHILLIP A. TALBERT
United States Attorney
PETER K. THOMPSON (HI 5890)
Acting Regional Chief Counsel, Region IX
Social Security Administration
MARCELO ILLARMO (MABN 670079)
Special Assistant United States Attorney
    160 Spear Street, Suite 800
    San Francisco, California 94105
    Telephone: (510) 970-4822
    Facsimile: (415) 744-0134
    E-Mail: Marcelo.Illarmo@ssa.gov
Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICIA EILEEN RICKNER,<br><br>Plaintiff,<br><br>v.<br><br>KILOLO KIJAKAZI,<br>  Acting Commissioner of Social Security,<br><br>Defendant. | No. 2:22-cv-00337-AC<br><br>STIPULATION FOR EXTENSION TO FILE OPPOSITION TO PLAINTIFF'S OPENING BRIEF |

    IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel of record, that the time for responding to Plaintiff's Opening Brief be extended from August 24 to September 23, 2022. This is Defendant's first request for an extension of time to respond to Plaintiff's brief. Defendant respectfully requests this additional time because the parties are conferring regarding potential settlement, and additional time is needed to determine whether additional briefing is needed.

    The parties further stipulate that the Court's Scheduling Order shall be modified accordingly.

- Defendant shall respond to Plaintiff's opening brief on or before September 23, 2022;

- Plaintiff's optional reply will be due within 20 days of the filing of Defendant's brief (on or before October 13, 2022).

Respectfully submitted,

DATE: August 19, 2022

*s/ Omar Ortega**
(*as authorized via e-mail on 8/17/22)
OMAR ORTEGA
Attorney for Plaintiff

PHILLIP A. TALBERT
United States Attorney

DATE: August 19, 2022       By   *s/ Marcelo Illarmo*
MARCELO ILLARMO
Special Assistant United States Attorney

Attorneys for Defendant

ORDER

APPROVED AND SO ORDERED:

Dated: August 22, 2022

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

2