UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Patricia Eileen Rickner,<br><br>    Plaintiff.<br><br>vs.<br><br>Kilolo Kijakazi,<br>*Acting*, Commissioner of Social Security,<br>    Defendant. | Case No.: 2:22-cv-00337-MCE-AC<br><br>**[PROPOSED] ORDER AWARDING EAJA FEES** |

Based upon the parties' Stipulation for Award of EAJA Fees Pursuant to the Equal Access to Justice Act 28 U.S.C. §2412(d) ("Stipulation"),

IT IS ORDERED that EAJA fees are awarded in the amount of five thousand three hundred dollars ($5300.00), subject to the terms of the Stipulation.

IT IS ORDERED that EAJA fees are awarded to Plaintiff in the amount of five thousand three hundred dollars ($5300.00), subject to any federal debt owed by the

| | |
|---|---|
| 1 | Plaintiff.  If the Department of the Treasury determines that Plaintiff does not owe |
| 2 | a federal debt, the government shall cause the payment of fees be made directly to |
| 3 | |
| 4 | Eddy Pierre Pierre and/or Pierre Pierre Law, P.C., pursuant to the Assignment |
| 5 | executed by Plaintiff.  Any payments made shall be delivered to Plaintiff's |
| 6 | counsel. |

DATED: December 8, 2022

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE